## United States District Court
### Violation Notice

CVB Location Code: MD93

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3715240 | BAIR | 15 |

3715240

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07/18/2012 2:57 PM
Offense Charged: ☐ CFR ☐ USC ☒ State Code
MTA 13 411 (F)

Place of Offense: NSA BETHESDA BLDG 55

Offense Description; Factual Basis for Charge: HAZMAT ☐

DISPLAYING EXPIRED REGISTRATION PLATES

**DEFENDANT INFORMATION**

Last Name: HOROWITZ
First Name: STEVEN
M.I.: A

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6AQM578 | CA | 06 | HONDA/CIVIC | | SILVER |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 70.00 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 95.00 Total Collateral Due

**YOUR COURT DATE**

Court Address: 
Date (mm/dd/yyyy):
Time (hh:mm):

X Defendant Signature: 
(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JULY 18, 2012 while exercising my duties as a law enforcement officer in the SOUTHERN District of MARYLAND

DURING ROUTINE PATROL ONBOARD NSA BETHESDA I NOTICED THE STATED VEHICLE DISPLAYING EXPIRED REG. PLATES FROM CALIFORNIA.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/18/2012    [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident